UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                                              Case No.: 3:010-bk-00158

    MARIA C. WARE                                                    Individual Chapter 11

        Debtor.
_____/

## DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

Maria C. Ware, an individual, (the "Debtor"), by and through her undersigned attorneys, pursuant to Administrative Order JAX-2009-1, hereby files this Chapter 11 Case Management Summary (the "Summary"). In support of this Summary, the Debtor would show:

## INTRODUCTION

The Debtor filed her petition for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code") on January 10, 2010 (the "Petition Date"). The Debtor expects that an order for relief should be entered, and pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor should be able to retain possession of her property, her assets, and will be duly authorized as debtor-in-possession to continue the operation and management of her affairs. No trustee or examiner has been appointed in this bankruptcy case. A committee of unsecured creditors has not been and is not expected to be appointed.

## CASE MANAGEMENT ITEMS

**I.  Description of the Debtor's Business**

The Debtor is an individual operating Lakewood Retirement Center and two investment properties.

**II.  Location of Debtor's Operations and Whether Leased or Owned**

The Debtor resides at 208 Zaharais Circle, Daytona Beach, Florida 32124.

**III.  Reasons for Filing Chapter 11**

The Debtor has attempted to modify certain mortgages encumbering estate property and has paid substantial sums in reliance on pending modifications. Nevertheless, certain alleged secured creditors initiated foreclosure proceedings. The Debtor will seek to modify certain secured debt and may seek to avoid and recover money paid prior to the Petition Date.

1

**IV**.   **List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

Not Applicable.

**V.**   **Debtor's Annual Gross Revenues**

Not Applicable.

**VI.**   **Amounts Owed to Various Classes of Creditors**

The Debtor owes approximately $2,300,000.00 to various creditors

**VII.**   **General Description and Approximate Value of the Debtor's Current and Fixed Assets**

The Debtor's assets consist primarily of real property collectively valued at approximately $1,880,289.00.

**VIII.**   **Number of Employees and Amount of Wages Owed as of Petition Date**

Not Applicable.

**IX.**   **Status of Debtor's Payroll and Sales Tax Obligations**

Not Applicable.

**X**.   **Anticipated Emergency Relief Within 14 Days of Petition Date**

None.

**WHEREFORE**, the Debtor respectfully submits this Summary.

Respectfully Submitted this _11th__ day of January, 2010.

PARKER & DUFRESNE, P.A.

Submitted By:  */s/ Brett A. Mearkle*
Brett A. Mearkle
Florida Bar No. 644706
8777 San Jose Blvd., Suite 301
Jacksonville, Florida 32217
(904) 733-7766
(904) 733-2919 facsimile
bmearkle@jaxlawcenter.com
*Proposed Counsel for the Debtor*