**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re

Maria C. Ware

                                CHAPTER    11
                                CASE NO.   3:10-bk-00158-JAF

      Debtor(s)
_____/

**MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WHQ2 REGARDING REAL PROPERTY**

      WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WHQ2 ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor(s), and states:

      1.      For value received, the Debtor(s) executed and delivered a Promissory Note ("Note") as evidence of indebtedness to Creditor's predecessor in interest, Argent Mortgage Co.

      2.      The Debtor executed and delivered a Mortgage to Creditor's predecessor in interest, Argent Mortgage Co., securing said indebtedness with the following property: **REAL PROPERTY LOCATED AT: 102 CARNIVAL DR, DAYTONA BEACH FL 32124 / LEGALLY DESCRIBED AS: LOT 96, LIONSPAW JUBILEE ADDITION, PHASE B, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN MAP BOOK 47, AT PAGES 36 THROUGH 38, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.** ("Collateral").

      3.      Creditor is the present owner and holder for value of the Note and Mortgage and holds a perfected lien on the Collateral. Copies of the relevant loan document(s) are attached hereto as Exhibits.

      4.      Creditor is owed the amounts ($191,608.46 together with Interest, costs and attorneys fees as well as other amounts permitted under the Note and Mortgage) referenced in the attached

Affidavit plus any charges accruing subsequent to the date of the Affidavit.

5. The Debtor(s) defaulted under the terms of the Note and/or Mortgage with Creditor by failing to do the following: make all payments when due on April 1, 2009 and each month subsequent as specified in the attached Affidavit, Exhibit "C".

6. The Debtor(s), and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Collateral. Creditor, therefore, lacks adequate protection.

7. The Collateral is diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor(s) without payments to Creditor.

8. The Debtor(s), and the estate, lack equity in the Collateral. The Estimated value of the Property is $150,000

|  |  | Value | Debt |
|---|---|---|---|
| Investment Property: Fee simple | - | 150,000.00 | 191,608.00 |

Location:
102 Carnival Drive, Daytona Beach, Florida 32124

Legal Description:
Lot 96, Lionspaw Jubilee Addition, Phase B, According to the Plat Thereof, as Recorded in Map Book 47, At Pages 36, Through 38, of the Public Records of Volusia County, Florida.

9. The Collateral is not necessary to an effective reorganization.

10. Pursuant to the terms of the Contract between the parties, the Debtor(s) is/are obligated to pay Creditor's reasonable attorneys' fees and court costs. Creditor has retained the undersigned attorneys and has agreed to pay them a reasonable fee for their services rendered in connection with this Motion.

11. Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor(s).

12. The account at issue is presently due for the payment due April 1, 2009 and all subsequent payments which have come due through the date of this Motion.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor(s) and to the estate to permit Creditor to enforce its in rem contractual and state law remedies as against the Collateral and for such other relief as requested above.

/s/ Larry M. Foyle, Esq.
Larry M. Foyle, Esq.
Kass, Shuler, Solomon, Spector,
   Foyle & Singer, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1353
Fax:    (813) 769-7563
lfoyle@kasslaw.com
Florida Bar No. 307343

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 2, 2010, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to: Maria C. Ware , 208 Zaharais Circle , Daytona Beach, FL 32124; Brett A Mearkle, Esq., 8777 San Jose Blvd Suite 301, Jacksonville, FL 32217; Office of the United States Trustee , 135 West Central Boulevard, Suite 620, Orlando, FL, 32801; Timothy S Laffredi , 135 West Central Blvd Suite 620 , Orlando, FL 32801 and all parties in interest on the attached matrix pursuant to Local Rule 1007-2 and, if applicable, F.R.B.P. 1007(d), 2002; and 4001(d).

## Rule 7005-3

### SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)

A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

/s/ Larry M. Foyle, Esq.
Larry M. Foyle, Esq. (x1353)

289850.090469B/slf

```
Label Matrix for local noticing      ACE USA                              AFNI
113A-3                               Dept Ch 14089                        404 Brock Drive
Case 3:10-bk-00158-JAF               Palatine, IL 60055-0001              Bloomington, IL 61701-2654
Middle District of Florida
Jacksonville
Tue Feb  2 11:32:17 EST 2010

American Profit Recovery             American Recovery Systems            Bac Home Loans Servici
34405 W. 12 Mile Road                8501 W Higgins Rd Suite 780          450 American St
Suite 379                            Chicago, IL 60631-2801               Simi Valley, CA 93065-6285
Farmington, MI 48331-5608


Bobbetth Maschette                   Bobeth Maschette                     Brian & Theresa Schmitz
1708 Valencia Avenue                 1708 Valencia Avenue                 1109 Mango Isle
Ormond Beach, FL 32174-7242          Ormond Beach, FL 32174-7242          Fort Lauderdale, FL 33315-1329


CBCS                                 Chase                                Community South Bank
P.O. Box 163729                      Po Box 15298                         Post Office Box 2746
Columbus, OH 43216-3729              Wilmington, DE 19850-5298            Knoxville, TN 37901-2746


Doctors Business Bur                 Equifax Credit Information           Experian
202 N Federal Hwy                    PO Box 740256                        701 Experian Pkwy
Lake Worth, FL 33460-3438            Atlanta, GA 30374-0256               Allen, TX 75013-3715


(p)FINANCIAL CREDIT SERVICES         First Point Collection Res           Florida Dept. of Revenue
PO BOX 90                            225 Commerce Place                   Bankruptcy Unit
CLEARWATER FL 33757-0090             Post Office Box 26140                P.O. Box 6668
                                     Greensboro, NC 27402-6140            Tallahassee, FL 32314-6668


(p)WACHOVIA BANK NA                  I C System Inc                       (p)INTERNAL REVENUE SERVICE
PO BOX 13765                         Po Box 64378                         CENTRALIZED INSOLVENCY OPERATIONS
ROANOKE VA 24037-3765                Saint Paul, MN 55164-0378            PO BOX 21126
                                                                          PHILADELPHIA PA 19114-0326


Intl Recovry                         John A. White M.D. PA                Timothy S Laffredi
195 Smithtown Blvd                   533 N. Clyde Morris Blvd.            135 West Central Blvd Suite 620
Nesconset, NY 11767-1869             Daytona Beach, FL 32114-2323         Orlando, FL 32801-2476


Lakewood Retirement Center           Marcia Breckenridge                  Brett A Mearkle
1220 Jimmy Ann Drive                 1708 Valencia Avenue                 Parker & Dufresne, P.A.
Daytona Beach, FL 32117-3818         Ormond Beach, FL 32174-7242          8777 San Jose Blvd Suite 301
                                                                          Jacksonville, FL 32217-4226


Nco Fin/33                           (p)MARLIN MEDCLR INOVISION           North Amercn
Po Box 13584                         507 PRUDENTIAL ROAD                  2810 Walker Road
Philadelphia, PA 19101               HORSHAM PA 19044-2308                Chattanooga, TN 37421-1082
```

| | | |
|---|---|---|
| Online Collections<br>202 W Fire Tower Rd<br>Winterville, NC 28590-8412 | Pam Oli<br>44 Lions Paw Grand<br>Daytona Beach, FL 32124-1089 | Professional Collect<br>602 Courtland Street<br>4th Floor Suite 40<br>Orlando, FL 32804-1360 |
| Radiology Associates Imaging<br>Post Office Box 31<br>Daytona Beach, FL 32115-0031 | Renar Golf Communities<br>1190 Pelican Bay Drive<br>Daytona Beach, FL 32119-1381 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | Tax Collector, Volusia County<br>123 W. Indiana Avenue<br>Deland, FL 32720-4615 | The Home Depot<br>Post Office Box 689100<br>Des Moines, IA 50368-9100 |
| The Int. Residential Owners<br>5955 T G Lee Blvd.<br>Suite 300<br>Orlando, FL 32822-4457 | TransUnion<br>PO Box 2000<br>Chester, PA 19016-2000 | U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-3235 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - JAX<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | WaMu<br>Post Office Box 660487<br>Dallas, TX 75266 |
| Maria C. Ware<br>208 Zaharais Circle<br>Daytona Beach, FL 32124-2043 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Financial Credit Services<br>628 Bypass Dr<br>Clearwater, FL 33764 | Homeq Servicing<br>Po Box 13716<br>Sacramento, CA 95853 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114 |
| (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Nco-Medclr<br>Po Box 8547<br>Philadelphia, PA 19101 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jerry A. Funk                    End of Label Matrix
Jacksonville                        Mailable recipients    45
300                                 Bypassed recipients     1
                                    Total                  46
```