UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

MARIA C. WARE,  ) Case No.: 3:10-bk-00158-JAF
 ) **Chapter 11**
 Debtor. )
_____ )

## ORDER DENYING WITHOUT PREJUDICE
## APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT

THIS CASE came before the Court for hearing on May 12, 2010 (the "Hearing"), to consider (i) the sufficiency of the Debtor's Disclosure Statement, filed on January 12, 2010 (Dkt. No. 10; the "Disclosure Statement"), (ii) Community South Bank's Objection to Disclosure Statement filed on May 4, 2010 (Dkt. No. 43; "CSB's Objection") and (iii) the United States Trustee's Objection to Disclosure Statement filed on May 5, 2010 (Dkt. No. 44; the "UST's Objection"). Counsel for the Debtor, counsel for Community South Bank, and counsel for the United States Trustee appeared at the Hearing. The Court, having considered the Disclosure Statement, the Objections thereto, and the argument of counsel for each of the parties, finds that the objections of the United States Trustee are all material and relevant, the Disclosure Statement fails to meet the requirements of Section 1125 of the Bankruptcy Code. Accordingly, it is

ORDERED that:

1. Approval of the Disclosure Statement is denied without prejudice.

2. The Debtor shall file and serve an amended disclosure statement within forty-five (45) days of the entry of this Order.

DONE AND ORDERED on May 25, 2010 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to all interested parties.

2